## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**   ☒ **Under Seal**   **Judge Assigned:**

City: NA   Superseding Indictment:   **Criminal No.**

County: NA   Same Defendant:   New Defendant: Yes

Magistrate Judge Case No. 1:25-mj-144   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Mohammad Sharifullah   Alias(es): Jafar   ☐ Juvenile   FBI No. xxxxxxxxx

**Address:**

Employment:

**Birth Date:**   **SSN:**   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height:   Weight:   Hair: Black   Eyes:   Scars/Tattoos:

☒ **Interpreter**   **Language/Dialect:** Dari   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Troy Edwards, Michael Ben'Ary   **Phone:** (703) 299-3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI, Special Agent Seth Parker

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 2339B | Cons. Mat. Support to DTO, death | 1 | Felony |
| Set 2: | | | | |
| **Date:** | March 3, 2025 | **AUSA Signature:** /s/Michael P. Ben'Ary | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form