IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-mj-144 |
| MOHAMMAD SHARIFULLAH, | |
| a/k/a "Jafar," | |
| *Defendant.* | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND SUPPORTING DOCUMENTS

The United States, by and through undersigned counsel, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order to unseal the complaint, affidavit in support of the complaint, arrest warrant, Motion to Seal, and accompanying Order to Seal.   The United States has determined that the reasons for sealing no longer exist, and therefore moves for unsealing at this time per its obligations under Paragraph 6 of its prior motion to seal (*i.e.*, "The United States will move to unseal the documents before they are set to become automatically unsealed if it determines that circumstances warrant such action.").

WHEREFORE, the United States respectfully requests that the complaint, affidavit in

support of the complaint, arrest warrant, and this Motion to Seal and proposed Order be

unsealed.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:    *Troy A. Edwards, Jr.*
Troy A. Edwards, Jr.
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MOHAMMAD SHARIFULLAH,

a/k/a "Jafar,"

*Defendant.*

Case No. 1:25-mj-144

## **ORDER**

Upon motion of the United States of America, it appearing that there no longer exists a necessity to keep the criminal complaint, affidavit, sealing motion, and sealing order in the above-captioned matter under seal, it is hereby

ORDERED that said criminal complaint, affidavit, sealing motion, and sealing order shall be UNSEALED.

_____
William B. Porter
United States Magistrate Judge