IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD SHARIFULLAH,<br><br>a/k/a "Jafar,"<br><br>*Defendant.* | Case No. 1:25-mj-144 |

## ORDER

Upon motion of the United States of America, it appearing that there no longer exists a necessity to keep the criminal complaint, affidavit, sealing motion, and sealing order in the above-captioned matter under seal, it is hereby

ORDERED that said criminal complaint, affidavit, sealing motion, and sealing order shall be UNSEALED.

Entered this 4th day of March 2025.

/s/
William B. Porter
United States Magistrate Judge
William B. Porter
United States Magistrate Judge