11773852

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED

2025 MAR -5 A 9:21

| United States of America | ) |
|---|---|
| v. | ) |
| MOHAMMAD SHARIFULLAH, Also known as "Jafar," | ) Case No. 1:25-mj-144 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mohammad Sharifullah, also known as "Jafar,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Providing and Conspiring to Provide Material Support or Resources to Designated Foreign Terrorist Organization Resulting in Death, 18 USC Section 2339B

Date: March 2, 2025

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2025.03.02 20:51:23 -05'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Hon. Lindsey R. Vaala, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/2/25, and the person was arrested on *(date)* 3/5/25
at *(city and state)* Sterling, VA.

Date: 3/5/25

*Arresting officer's signature*

John Posusney, Special Agent
*Printed name and title*