**Date:** 3/5/2025                    **Time:** 2:15p – 2:23p

**Judge:** William B. Porter                    **Case #:** 1:25-mj-144
**Tape:** FTR/400                    **Court Reporter:** N/A
**Hearing:** ☒Initial App./☐Detention Hearing/☐Preliminary Hearing/☐Status Conf./☐Motion Hearing

## Eastern District of Virginia
## United States of America
v.
Mohammad Sharifullah

**Participants**
USA: Michael Ben'Ary and Ryan White

Defense Counsel: Jeremy Kamens and Lauren Rosen

Court to appoint counsel: ☒AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

Interpreter: Nina Habibi                    Language: Dari

**Advisement**
☒Rule 5                    ☒Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)  ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☐DH waived / ☐DH held            ☐PH waived / ☐PH held
☐Def submits on probable cause / ☐Def not contesting probable cause
☐Govt adduced evidence and rests        ☐Court finds probable cause

**Detention**
☒Govt seeking detention / ☐not seeking detention
☐Def counsel seeking release / ☐not seeking release at this time
☐Def counsel not contesting release at this time            ☒Deft remanded

**Bond Status**
☐Deft released on PR bond: ☐with conditions        ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: DH/PH – 3/10/25 – 2pm - WEF